IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
MATTHEW THOMAS LEWIS,            )
                                 )
     Plaintiff,                  )
                                 )
v.                               )      CASE NO. CV420-052
                                 )
COAL CITY COB COMPANY, INC., XL  )
INSURANCE AMERICA, INC., and     )
JONATHAN CALEB DEPOE,            )
                                 )
     Defendants.                 )
_____)
```

## ORDER

Before the Court is Plaintiff's Voluntary Dismissal of Jonathan Caleb Depoe. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Jonathan Caleb Depoe are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 14th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA